# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ROBERT I. SHERMAN**

    vs.

Case Number:   **08-3177**

**ROD BLAGOJEVICH, in his official capacity as Governor of the State of Illinois; JACK LAVIN, in his official capacity as Director, Illinois Department of Commerce and Economic Opportunity; and DANIEL W. HYNES, in his official capacity as Comptroller of the State of Illinois**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to an Opinion entered by the Honorable Richard Mills, Sherman lacks the Article III standing necessary to support this Court's jurisdiction, and Defendant Lavin's motion to remand (d/e 5) must be granted.  The motion to strike (d/e 10) Blagojevich's response is denied as moot.  This case is hereby remanded to the Illinois Circuit Court for the Seventh Judicial District, Sangamon County.

ENTER this 4th day of November, 2008

s/ Pamela E. Robinson
PAMELA E. ROBINSON, CLERK

s/ C. Cathcart
_____
BY:  DEPUTY CLERK